```
THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL UKROPINA,<br><br>       Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, et al.,<br><br>       Defendants. | Case No.: **'17CV1791 L     BGS**<br><br>**NOTICE OF REMOVAL** |

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, hereby files this Notice of Removal of this action from the San Diego County Superior Court, California, wherein it is now pending as Case No. 37-2017-00027889-CL-MC-NC, to the United States District Court for the Southern District of California. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Defendants show this Court as follows:

1.  An action was filed on July 31, 2017 in the San Diego County Superior Court, California, entitled *Ukropina v. JPMorgan Chase Bank, et al.*, Case No. 37-2017-00027889-CL-MC-NC (the "State Court Action").

2. Equifax was served with the Complaint on August 3, 2017.

3. This Notice is being filed with this Court within thirty (30) days after Equifax was served with a copy of Plaintiff's initial pleading setting forth the grounds for her action and her claims for relief.

4. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

(a) Plaintiff's Complaint, on its face, alleges a violation of the FCRA. (See Plaintiff's Complaint).

(b) The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

5. Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to Plaintiff and to the Clerk of the San Diego County Superior Court, California, as required by 28 U.S.C. § 1446(d).

6. Attached hereto, as Exhibit A, are copies of the Summons and Complaint served upon Equifax in the State Court Action.

7. Co-defendant JP Morgan Chase ("Chase") has settled with Plaintiff. See Ex. B, attached hereto. As Chase is a nominal defendant, its consent to removal of this action to federal court is not required.

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

Dated: September 5, 2017

NOKES & QUINN
/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.
Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC

# CERTIFICATE OF SERVICE
### Daniel Ukropina v. JPMorgan Chase Bank, et al.
### Case No.:

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On **September 5, 2017**, I served a true copy of **NOTICE OF REMOVAL**:

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[X]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to:

> JP Morgan Chase
> C/O John Kerkorian
> Michal DiGiacomo
> Ballard Spahr LLP
> 1 East Washington Street, Suite 2300
> Phoenix, AZ 85004-2555

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

 /s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.

Place of Mailing: Laguna Beach, California.

Executed on **September 5, 2017,** at Laguna Beach, California.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

## SERVICE LIST

Ashley Tuchman
Garrett Charity
McCarthy Law PLC
4250 N. Drinkwater Blvd.
Suite 320
Scottsdale, AZ 85251
602-456-8900
ashley.tuchman@mccarthylawyer.com
garret.charity@mccarthylawyer.com

JP Morgan Chase
C/O John Kerkorian
Michal DiGiacomo
Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
DiGiacomoM@ballardspahr.com
KerkorianJ@ballardspahr.com

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055