**McCARTHY LAW PLC**
CANDID CONVERSATION. WISE COUNSEL.

**Ashley Tuchman, 258719**
**Garrett Charity, 285447**
**4250 North Drinkwater Blvd, Suite 320**
**Scottsdale, AZ  85251**
**602-456-8900**
ashley.tuchman@mccarthylawyer.com
garrett.charity@mccarthylawyer.com
**Attorneys for Plaintiff**

# United States District Court
## Southern District of California

| | |
|---|---|
| DANIEL UKROPINA,<br><br>　　Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK AND EQUIFAX INFORMATION SERVICES LLC,<br><br>　　Defendants. | Case No.: 3:17-cv-01791-L-BGS<br><br>**CONDITIONAL NOTICE OF SETTLEMENT AS TO JPMORGAN CHASE BANK ONLY** |

　　Plaintiff DANIEL UKROPINA ("Plaintiff") by and through their undersigned counsel, hereby notifies the Court that the Plaintiff and Defendant JPMORGAN CHASE BANK (Chase) together with Plaintiff collectively referred to as the "Parties" have reached a settlement in the above-referenced matter which will include the dismissal with prejudice of all claims against Chase with each side to bear their own costs and attorneys' fees.  The Parties are in the process of finalizing the settlement, whereupon the Parties will file a stipulation for dismissal with prejudice.  The Parties anticipate that the settlement and dismissal of claims against Chase will be finalized within the next sixty (60) days.

　　Respectfully submitted this 13th day of September, 2017.

　　　　　　　　　　　　　　　　　　MCCARTHY LAW PLC
　　　　　　　　　　　　　　　　　　*By:/s/ Garrett Charity*
　　　　　　　　　　　　　　　　　　Garrett Charity, Esq.
　　　                                       Attorney for Plaintiff

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

1　　　　　　　　　　　　　　　　　　　　　　　　　　Notice of Settlement

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of September, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

<u>*By: /s/ Garrett Charity*</u>

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

2          Notice of Settlement