# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL UKROPINA,<br><br>    Plaintiff,<br>v.<br><br>JPMORGAN CHASE BANK AND EQUIFAX INFORMATION SERVICES LLC,<br><br>    Defendants. | Case No.: 3:17-cv-01791-L-BGS<br><br>**ORDER DISMISSING EQUIFAX INFORMATION SERVICES LLC ONLY WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), the Joint Motion for Dismissal with Prejudice as to Equifax Information Services LLC is granted. This action is dismissed with prejudice as to Equifax Information Services LLC only, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 10, 2018

_____
Hon. M. James Lorenz
United States District Judge